ORIGINAL

edwardfaisoind

LEONARDO M. RAPADAS
United States Attorney
ROSETTA L. SAN NICOLAS
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Hagatna, Guam 96910
TEL: (671) 472-7332
FAX: (671) 472-7334

Attorneys for the United States of America

**FILED**
DISTRICT COURT OF GUAM
JAN 17 2007
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. **07-00005** |
| Plaintiff, | **INDICTMENT** |
| vs. | **POSSESSION OF A FIREARM BY A FELON** (Count I) [18 U.S.C. §§ 922(g)(1), 924(a)(2) & 2] |
| EDWARD A. FAISO, | **POSSESSION OF AMMUNITION BY A FELON** (Count II) [18 U.S.C. §§ 922(g)(1), 924(a)(2) & 2] |
| Defendant. | |

THE GRAND JURY CHARGES THAT:

### COUNT I - POSSESSION OF A FIREARM BY A FELON

On or about March 5, 2003, in the District of Guam and elsewhere, EDWARD A. FAISO, the defendant herein, having been convicted of a felony offense; to wit, one count of Family Violence (As a Third Degree Felony) on November 24, 1995, under the Superior Court of Guam, Case No. CF445-95, possessed in and affecting commerce, a firearm, to wit: a Mossberg, .12 gauge shotgun, model 835, Serial Number obliterated, which had been shipped and transported in interstate or foreign commerce, in violation of Title 18, United States Code, Sections 922(g)(1), 924(a)(2) and 2.

//

**COUNT II - POSSESSION OF AMMUNITION BY A FELON**

On or about March 5, 2003, in the District of Guam and elsewhere, EDWARD A. FAISO, the defendant herein, having been convicted of a felony offense; to wit, one count of Family Violence (As a Third Degree Felony) on November 24, 1995, under the Superior Court of Guam, Case No. CF445-95, possessed in and affecting commerce, ammunition, to wit: three unexpended 12 gauge bullets, which had been shipped and transported in interstate or foreign commerce, in violation of Title 18, United States Code, Sections 922(g)(1), 924(a)(2) and 2.

DATED this 17th day of January 2007.

A TRUE BILL.

_____
IRENE S. MAFNAS
Foreperson

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: _____
ROSETTA L. SAN NICOLAS
Assistant U.S. Attorney

Reviewed:

By: _____
JEFFREY J. STRAND
First Assistant U.S. Attorney