# Criminal Case Cover Sheet          U.S. District Court

**Place of Offense:**
City _____Hagåtña_____

Country/Parish _____

**Related Case Information:**
Superseding Indictment _____ Docket Number **07-00005**
Same Defendant _____ New Defendant __x__
Search Warrant Case Number _____
R 20/ R 40 from District of _____

**Defendant Information:**

**Juvenile: Yes ___ No _X_**    **Matter to be sealed: ___ Yes _X_ No**

Defendant Name _____EDWARD A. FAISO_____

Alias Name _____

Address _____
_____Dededo, Guam_____

Birthdate _xx/xx/1957_ SS# _Xxx-xx-3459_ Sex _M_ Race _PI_ Nationality _Saipanese_

**U.S. Attorney Information:**

AUSA __Rosetta L. San Nicolas__

**Interpreter:** _X_ No ___ Yes    List language and/or dialect: _____

**Location Status:**

Arrest Date _____

☐ Already in Federal Custody as of _____ in _____

☐ Already in State Custody

☐ On Pretrial Release

**U.S.C. Citations**

Total # of Counts: __2__    ___ Petty ___ Misdemeanor _X_ Felony

| | Index Key/Code | Description of Offense Charged | Count(s) |
|---|---|---|---|
| Set 1 | 18 USC 922g1; 924a2 & 2 | Possession of a Firearm by a Felon | 1 |
| Set 2 | 18 USC 922g1; 924a2 & 2 | Possession of Ammunition by a Felon | 2 |
| Set 3 | | | |
| Set 4 | | | |

(May be continued on reverse)

Date: _1/16/07_    Signature of AUSA: _[signature]_

**RECEIVED JAN 17 2007**
**DISTRICT COURT OF GUAM**
**HAGATNA, GUAM**