LEONARDO M. RAPADAS
United States Attorney
ROSETTA L. SAN NICOLAS
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
Hagåtña, Guam 96910
Tel: (671) 472-7332/7283
Fax: (671) 472-7334

Attorneys for the United States of America

# IN THE UNITED STATES DISTRICT COURT

# FOR THE TERRITORY OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 07-00005 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER SEALING CASE** |
| | ) | |
| EDWARD A. FAISO, | ) | |
| | ) | |
| Defendant. | ) | |

Upon motion by the Government and for good cause shown,

IT IS HEREBY ORDERED that the record in the above-captioned case be sealed.

Dated this 17th day of January 2007.

**/s/ Joaquin V.E. Manibusan, Jr.**
**U.S. Magistrate Judge**