ORIGINAL

LEONARDO M. RAPADAS
United States Attorney
ROSETTA SAN NICOLAS
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Agana, Guam 96910
Telephone: (671) 472-7332/7283
Telecopier: (671) 472-7334

Attorneys for the United States of America

FILED
DISTRICT COURT OF GUAM
JAN 1 9 2007
MARY L.M. MORAN
CLERK OF COURT

## IN THE UNITED STATES DISTRICT COURT
## FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> EDWARD A. FAISO, ) <br> ) <br> Defendant. ) | CRIMINAL CASE NO. 07-00005 <br><br> **GOVERNMENT'S MOTION TO CORRECT NAME SPELLING** |

COMES NOW the United States of America, by and through undersigned counsel, and respectfully moves this Honorable Court to correct the spelling of the defendant's last name. The correct spelling is EDWARD A. FAISAO instead of EDWARD A. FAISO.

Respectfully submitted this 18th day of January 2007.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: /s/ Rosetta San Nicolas
ROSETTA SAN NICOLAS
Assistant U.S. Attorney