LEONARDO M. RAPADAS
United States Attorney
ROSETTA SAN NICOLAS
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Agana, Guam 96910
Telephone: (671) 472-7332/7283
Telecopier: (671) 472-7334

Attorneys for the United States of America

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE TERRITORY OF GUAM**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 07-00005 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **O R D E R** |
| EDWARD A. FAISAO, | ) | **Correcting Name Spelling** |
| | ) | |
| Defendant. | ) | |

Upon request of the Government and because a substantial right of the Defendant is not prejudiced,

IT IS HEREBY ORDERED that the Indictment in the above case be amended to reflect the correct spelling of the Defendant's name from EDWARD A. FAISO to EDWARD A. FAISAO. The Court's docket sheet and electronic record shall also be similarly amended.

///

///

///

| | |
|---|---|
| 1 | IT IS FURTHER ORDERED that the warrant previously issued with the incorrectly spelled last name is hereby re-called, and the Clerk of Court is directed to issue a warrant bearing the Defendant's name as corrected. |

   IT IS FURTHER ORDERED that the warrant previously issued with the incorrectly spelled last name is hereby re-called, and the Clerk of Court is directed to issue a warrant bearing the Defendant's name as corrected.

   DATED this 22nd day of January 2007.



**/s/ Joaquin V.E. Manibusan, Jr.**
**U.S. Magistrate Judge**