AO 442 (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

_____ District of _____ GUAM

| UNITED STATES OF AMERICA | **WARRANT FOR ARREST** |
|---|---|
| V. | |
| EDWARD A. FAISO | Case Number: CR-07-00005-001 |

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest   **EDWARD A. FAISO**
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☑ Indictment ☐ Information ☐ Complaint ☐ Order of court ☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice

charging him or her with (brief description of offense)

Count I - Possession of a Firearm by a Felon, 18 U.S.C. §§ 922(g)(1), 924 (a)(2) & 2
Count II - Possession of Ammunition by a Felon, 18 U.S.C. §§ 922(g)(1), 924(a)(2) & 2

**FILED**
DISTRICT COURT OF GUAM
JAN 23 2007
MARY L.M. MORAN
CLERK OF COURT

in violation of Title _____ United States Code, Section(s) _____

| MELISSA L. TRAUNER | _/s/ Melissa L. Trauner_ |
|---|---|
| Name of Issuing Officer | Signature of Issuing Officer |
| Deputy Clerk | 1/17/2007     Hagatna, Guam |
| Title of Issuing Officer | Date     Location |

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at ~~Dededo (Hm~~) ASTumbo, GUAM

| DATE RECEIVED 1/17/07 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 1/23/07 | HOANG M. NGUYEN | _/s/ Hoang Nguyen_ |

ORIGINAL

AO 442  (Rev. 10/03) Warrant for Arrest

### THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

DEFENDANT'S NAME:  EDWARD A. FAISO

ALIAS: _____

LAST KNOWN RESIDENCE: _____

LAST KNOWN EMPLOYMENT: _____

PLACE OF BIRTH: _____

DATE OF BIRTH: _____

SOCIAL SECURITY NUMBER: _____

HEIGHT: _____  WEIGHT: _____

SEX: _____  RACE: _____

HAIR: _____  EYES: _____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS:


FBI NUMBER: _____

COMPLETE DESCRIPTION OF AUTO:


INVESTIGATIVE AGENCY AND ADDRESS: