DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | **CRIMINAL CASE NO. 07-00005-001** |
| Plaintiff, | |
| vs. | **APPOINTMENT ORDER** |
| **EDWARD A. FAISAO,** | |
| Defendants. | |

IT IS HEREBY ORDERED that the **FEDERAL PUBLIC DEFENDER** is appointed to represent the defendant in the above-entitled case.

Dated this 23rd day of January, 2007.

**/s/ Joaquin V.E. Manibusan, Jr.**
**U.S. Magistrate Judge**