# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF GUAM

## NOTICE REGARDING UNITED STATES PASSPORT FOR CRIMINAL DEFENDANT

| | | | |
|---|---|---|---|
| TO: | United States Department of State<br>Office of Passport Policy and Advisory Services<br>2100 Pennsylvania Avenue, NW, 3rd Floor<br>Washington, D.C. 20037 | FROM: | Grace D. Flores, U.S. Probation Officer<br>District of Guam<br>2nd Floor, U.S. Courthouse<br>520 West Soledad Avenue<br>Hagatna, Guam 96910 |

[X] **Original Notice**   [ ] **Notice of Disposition**

| | | | |
|---|---|---|---|
| Date: | January 23, 2007 | Date: | |
| By: | Joaquin V.E. Manibusan, Jr.<br>U.S. Magistrate Judge | By: | |

**FILED**
DISTRICT COURT OF GUAM
JAN 29 2007
MARY L.M. MORAN
CLERK OF COURT

| | | | |
|---|---|---|---|
| Defendant: | FAISAO, Edward Aguero | Case Number: | CRIMINAL CASE #07-00005-001 |
| Date of Birth: | XX-XX-1957 | Place of Birth: | Saipan, Northern Mariana Islands |
| SSN: | XXX-XX-3459 | | |

**NOTICE OF COURT ORDER** (Order Date: **January 24, 2007**)

[X] The above-named defendant is not permitted to apply for the issuance of a passport during the pendency of this action. *(client indicated that he does not possess a passport)*

[ ] The above-named defendant surrendered Passport Number _____ to the custody of the **U.S. District Court on Guam.**

## NOTICE OF DISPOSITION

The above case has been disposed of and the above order of the court is no longer in effect.

[ ] Defendant not convicted.

[ ] Defendant convicted.

Distribution:
Original to Clerk of Court
Original to Case File
Department of State
 ☐ Not Convicted - PS40/Passport returned to defendant.
 ☐ Not Convicted - PS40/Passport enclosed for further investigation due to evidence that the document may have been issued in a false name.
 ☐ Convicted - PS40 and copy of Judgment enclosed.
Defendant (or representative)

Case 1:07-cr-00005   Document 14   Filed 01/29/2007   Page 1 of 1   **ORIGINAL**