

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff,<br><br>vs.<br><br>EDWARD A. FAISAO<br>Defendant. | CRIMINAL CASE NO. 07-00005-001<br><br>INFORMATIONAL REPORT |

On January 23, 2007, Edward A. Faisao made an initial appearance before Magistrate Judge Joaquin V. E. Manibusan, Jr. on an Indictment charging him with Count I: Possession of a Firearm by a Felon, and Count II: Possession of Ammunition by a Felon, both counts violation of 18 U.S.C. § 922(g)(1), 924(a)(2) and 2. Mr. Faisao was granted pretrial release with conditions. He is alleged to have committed the following in violation of 18 U.S.C. § 3142:

**Mandatory condition:** *The defendant shall not commit any offense in violation of federal, state or local law while on release in this case.*

On January 26, 2007, the defendant submitted to urinalysis during his supervision processing which tested presumptive positive for methamphetamine. He admitted in writing to using "ice" on January 23, 2007, the day of his arrest.

**Supervision Compliance:** This Officer has no information that suggests that the defendant is not in compliance with other conditions of pretrial release.

**Recommendation:** This report is informational in nature, therefore, it is respectfully requested that no action be taken. Rosetta San Nicolas, AUSA, was informed of the violation and concurs with the recommendation. Assistant Federal Public Defender, Richard Arens, has been informed of the defendant's violation.

Respectfully submitted,
FRANK MICHAEL CRUZ
Chief U.S. Probation Officer

By: *[signature]*
GRACE D. FLORES
U.S. Probation Officer

Reviewed by:

*[signature]*
ROSSANNA VILLAGOMEZ-AGUON
U.S. Probation Officer
Supervision Unit Leader

**ORIGINAL**

cc: Rosetta San Nicolas, AUSA
Richard Arens, AFEDPD
File