**FILED**
DISTRICT COURT OF GUAM

FEB 2 6 2007

MARY L.M. MORAN
CLERK OF COURT



**UNITED STATES DISTRICT COURT**
**FOR THE**
**DISTRICT OF GUAM**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL CASE NO. 07-00005-001 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **INFORMATIONAL REPORT** |
| | ) | |
| EDWARD A. FAISAO | ) | |
| Defendant. | ) | |
| | ) | |

On January 23, 2007, Edward A. Faisao made an initial appearance before Magistrate Judge Joaquin V. E. Manibusan, Jr. on an Indictment charging him with Count I: Possession of a Firearm by a Felon, and Count II: Possession of Ammunition by a Felon, both counts violation of 18 U.S.C. § 922(g)(1), 924(a)(2) and 2. Mr. Faisao was granted pretrial release with conditions. He is alleged to have committed the following in violation of 18 U.S.C. § 3142(c)(B)(xiv):

**Special condition:** *Submit to any method of testing required by the pretrial services office or the supervising officer for determining whether the defendant is using a prohibited substance. Such methods may be used with random frequency and include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing.*

On February 3, and 6, 2007, the defendant reported for substance abuse testing at the vendor and failed to produce a specimen. On February 5, 2007, Mr. Faisao was counseled. On February 7, 2007, Mr. Faisao reported to the U.S. Probation Office for a compliance meeting and he submitted to urinalysis which tested negative for the use of controlled substances.

**Supervision Compliance:** This Officer has no information that suggests that the defendant is not in compliance with other conditions of pretrial release.

**Recommendation:** This report is informational in nature, therefore, it is respectfully requested that no action be taken.

Respectfully submitted,

FRANK MICHAEL CRUZ
Chief U.S. Probation Officer

By: *Grace D. Flores*

GRACE D. FLORES
U.S. Probation Officer

Reviewed by:

*[signature]*

ROSSANNA VILLAGOMEZ-AGUON
U.S. Probation Officer
Supervision Unit Leader

ORIGINAL