# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES
# CHANGE OF PLEA

CASE NO.: CR-07-00005　　　　　　　　　　DATE: February 26, 2007

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding
Law Clerk: Judith P. Hattori　　　　　Court Reporter: Wanda Miles
Courtroom Deputy: Virginia T. Kilgore　　Electronically Recorded: 11:29:53 - 11:47:52
CSO: B. Benavente

**APPEARANCES:**

Defendant: Edward A. Faisao　　　　　　Attorney: Richard Arens
☑ Present ☐ Custody ☐ Bond ☑ P.R.　　☑ Present ☐ Retained ☑ FPD ☐ CJA
U.S. Attorney: Rosetta San Nicolas　　　U.S. Agent: Hoang Nguyen, ATF
U.S. Probation: Christopher Duenas　　　U.S. Marshal: C. Marquez / G. Perez
Interpreter:　　　　　　　　　　　　　Language:

**PROCEEDINGS: Change of Plea**
- Pen and ink change made to the plea agreement.
- Defendant sworn and examined.
- Defendant arraigned and advised of his rights, charges and penalties.
- Defendant consented to enter his plea before a U.S. Magistrate Judge.
- Plea entered: Guilty
- Report and Recommendation executed by the Court.
- Sentencing set for: May 28, 2007 at 9:30 A.M.
- Presentence Report due to the parties: April 23, 2007. Responses due: May 7, 2007
- Final Presentence Report due to the Court: May 21, 2007
- Defendant released as previously ordered by this Court.

NOTES: