# UNITED STATES DISTRICT COURT
# FOR THE
# DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>EDWARD A. FAISAO )<br>)<br>Defendant. )<br>_____ ) | CRIMINAL CASE NO. 07-00005-001<br><br><br>**INFORMATIONAL REPORT** |

On January 23, 2007, Edward A. Faisao made an initial appearance before Magistrate Judge Joaquin V. E. Manibusan, Jr. on an Indictment charging him with Count I: Possession of a Firearm by a Felon, and Count II: Possession of Ammunition by a Felon, both counts violation of 18 U.S.C. § 922(g)(1), 924(a)(2) and 2. Mr. Faisao was granted pretrial release with conditions. On February 26, 2007, he plead guilty to Count I of the Indictment. Sentencing hearing is scheduled for May 28, 2007. He is alleged to have committed the following in violation of 18 U.S.C. § 3142(c)(B)(xiv):

**Special condition:** *Refrain from any use of alcohol.*

On April 11, 2007, the defendant reported for substance abuse testing at the vendor with alcohol on his breath. He was advised to contact the U.S. Probation Office on April 12, 2007. On April 12, 2007, Mr. Faisao reported to the U.S. Probation Office for a compliance meeting and he admitted in writing to drinking two cans of beer on April 11, 2007. Mr. Faisao was counseled and understands that any further noncompliance will result in a violation hearing before the Court.

**Supervision Compliance:** This Officer has no information that suggests that the defendant is not in compliance with other conditions of pretrial release.

**Recommendation:** This report is informational in nature, therefore, it is respectfully requested that no action be taken.

Respectfully submitted,

FRANK MICHAEL CRUZ
Chief U.S. Probation Officer

By: /s/ GRACE D. FLORES
U.S. Probation Officer

Reviewed by:

/s/ ROSSANNA VILLAGOMEZ-AGUON
U.S. Probation Officer
Supervision Unit Leader

cc: Rosetta San Nicolas, AUSA
Richard Arens, AFEDPD
File