ORIGINAL

LEONARDO M. RAPADAS
U.S. Attorney
ROSETTA L. SAN NICOLAS
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortes
Hagåtña, Guam 96910
Telephone: (671) 472-7332/7283
Telecopier: (671) 472-7334/7215

Attorneys for United States of America

**FILED**
DISTRICT COURT OF GUAM

MAY - 4 2007

MARY L.M. MORAN
CLERK OF COURT

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> EDWARD A. FAISAO, <br><br> Defendant. | CRIMINAL CASE NO. 07-00005 <br><br> **GOVERNMENT'S STATEMENT ADOPTING FINDINGS OF PRESENTENCE REPORT** |

Pursuant to General Order 88-1, as amended by General Orders 93-00006 and 98-00002, the United States adopts the findings of the Presentence Report for the above defendant.

RESPECTFULLY SUBMITTED this 4th day of May, 2007.

LEONARDO M. RAPADAS
U.S. Attorney
Districts of Guam and NMI

By: _____
ROSETTA L. SAN NICOLAS
Assistant U.S. Attorney