JOHN T. GORMAN
Federal Public Defender
District of Guam

RICHARD P. ARENS
Assistant Federal Public Defender
First Hawaiian Bank Building
400 Route 8, Suite 501
Mongmong, Guam 96910
Telephone: (671) 472-7111
Facsimile: (671) 472-7120

Attorney for Defendant
EDWARD A. FAISAO

FILED
DISTRICT COURT OF GUAM
MAY 23 2007 rbᵃ
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR-07-00005 |
| Plaintiff, | STIPULATION TO CONTINUE SENTENCING |
| vs. | |
| EDWARD A. FAISAO, | |
| Defendant. | |

## STIPULATION TO CONTINUE SENTENCING

IT IS HEREBY STIPULATED AND AGREED by and between the parties herein that the sentencing hearing currently scheduled for May 29, 2007, be continued to a time and date after June 12, 2007. The justification for this request is based upon defense counsel's previously

//

//

ORIGINAL

scheduled off-island commitments.

        IT IS SO STIPULATED:

        DATED: Mongmong, Guam, May 21, 2007.

/s/ Richard P. Arens
RICHARD P. ARENS
Attorney for Defendant
EDWARD A. FAISAO

/s/ Rosetta San Nicolas
ROSETTA SAN NICOLAS
Attorney for Plaintiff
UNITED STATES OF AMERICA

2