JOHN T. GORMAN
Federal Public Defender
District of Guam

RICHARD P. ARENS
Assistant Federal Public Defender
First Hawaiian Bank Building
400 Route 8, Suite 501
Mongmong, Guam 96910
Telephone:  (671) 472-7111
Facsimile:  (671) 472-7120

Attorney for Defendant
EDWARD A. FAISAO

IN THE DISTRICT COURT OF GUAM

FOR THE TERRITORY OF GUAM

| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 07-00005 |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | |
| | ) | ORDER |
| EDWARD A. FAISAO, | ) | |
| Defendant. | ) | |

The stipulation filed on May 23, 2007, is hereby approved. The sentencing hearing previously scheduled for May 29, 2007, is hereby moved to Friday, June 22, 2007, at 10:30 a.m.



/s/ Frances M. Tydingco-Gatewood
    Chief Judge
**Dated: May 24, 2007**