# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES
# SENTENCING

CASE NO.: CR-07-00005-001	DATE: June 22, 2007

HON. FRANCES M. TYDINGCO-GATEWOOD, Chief Judge, Presiding
Law Clerk: Kim R. Walmsley	Court Reporter: Wanda Miles
Courtroom Deputy: Leilani Toves Hernandez	Electronically Recorded: 10:49:46 - 11:33:38
	3:15:43 - 3:48:25

CSO: F. Tenorio

**APPEARANCES:**

Defendant: Edward A. Faisao	Attorney: Richard Arens
☑ Present ☐ Custody ☐ Bond ☑ P.R.	☑ Present ☐ Retained ☑ FPD ☐ CJA

U.S. Attorney: Rosetta San Nicolas	U.S. Agent: Hoang Nguyen, A.T.F.
U.S. Probation: Stephen Guilliot	U.S. Marshal: V. Roman / F. Taitague / D. Punzalan
Interpreter:	Language:

**PROCEEDINGS: Sentencing**
- Defendant committed to the Bureau of Prisons for a term of <u>two months</u>
- Court recommendation to the Bureau of Prisons for <u>the defendant to serve his term on Guam</u>
- Upon release from imprisonment, defendant is placed on supervised release for a term of <u>three years</u>, with conditions (refer to Judgment for conditions of supervised release).
- All fines waived by the Court.
- Defendant was ordered to pay a special assessment fee of $100.00 to be paid immediately after sentencing.
- Court stated the justification of the sentence imposed.
- Defendant advised of appeal rights.
- Government's oral motion to dismiss Count II was granted.
- Defendant allowed to self-surrender to the U.S. Marshals Service on Guam by 8:00 a.m. on Saturday, June 23, 2007.

NOTES: