PS 40
(REV. 6/05)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF GUAM

## NOTICE REGARDING UNITED STATES PASSPORT FOR CRIMINAL DEFENDANT

**TO**: United States Department of State
Office of Passport Policy and Advisory Services
2100 Pennsylvania Avenue, NW, 3rd Floor
Washington, D.C. 20037

**FROM**: Grace D. Flores, U.S. Probation Officer
District of Guam
2nd Floor, U.S. Courthouse
520 West Soledad Avenue
Hagatna, Guam 96910

[ ] **Original Notice**          [X] **Notice of Disposition**

| | | | |
|---|---|---|---|
| Date: | **January 23, 2007** | Date: | **June 22, 2007** |
| By: | **Joaquin V.E. Manibusan, Jr.** <br> **U.S. Magistrate Judge** | By: | **Frances M. Tydingco-Gatewood** <br> **Chief Judge** |

| | | | |
|---|---|---|---|
| Defendant: | **FAISAO, Edward Aguero** | Case Number: | **CRIMINAL CASE #07-00005-001** |
| Date of Birth: | **XX-XX-1957** | Place of Birth: | **Saipan, Northern Mariana Islands** |
| SSN: | **XXX-XX-3459** | | |

================================================================

**NOTICE OF COURT ORDER** (Order Date: **January 24, 2007** )

[X] The above-named defendant is not permitted to apply for the issuance of a passport during the pendency of this action. *(client indicated that he does not possess a passport)*

[ ] The above-named defendant surrendered Passport Number _____ to the custody of the **U.S. District Court on Guam.**

**NOTICE OF DISPOSITION**

The above case has been disposed of and the above order of the court is no longer in effect.

[ ] Defendant not convicted.

[X] Defendant convicted.

Distribution:
Original to Clerk of Court
Original to Case File
Department of State
    ☐ Not Convicted - PS40/Passport returned to defendant.
    ☐ Not Convicted - PS40/Passport enclosed for further investigation due to evidence that the document may have been issued in a false name.
    ✔ Convicted - PS40 and copy of Judgment enclosed.
Defendant (or representative)