PROB 12A
(7/93)

# United States District Court

for

*District of Guam*

## Report on Offender Under Supervision

Name of Offender: **Edward A. Faisao**      Case Number: **CR 07-00005-001**

Name of Sentencing Judicial Officer:    Frances M. Tydingco-Gatewood

Date of Original Sentence:    June 22, 2007

Original Offense:    Felon in Possession of a Firearm, in violation of 18 U.S.C. 922(g)(1), and 924(a)(2).

Original Sentence:    Two months imprisonment followed by a three year term of supervised release with conditions to include: not possess a firearm or other dangerous weapon; not use or possess illegal controlled substances; cooperate in the collection of DNA as directed by the probation officer; refrain from the use of any and all alcoholic beverages; submit to one urinalysis test within 15 days of release from custody and to two more urinalysis thereafter; participate in a program approved by the U.S. Probation Office for substance abuse, which program may include testing to determine whether the defendant has reverted to the use of drugs or alcohol; make co-payment for treatment at a rate to be determined by the U.S. Probation Office; perform 50 hours of community service; and pay a $100 special assessment fee.

Type of Supervision:    Supervised release      Date Supervision Commenced: August 21, 2007

---

### NONCOMPLIANCE SUMMARY

<u>Violation Number</u>      <u>Nature of Noncompliance</u>

Mr. Faisao has been ordered to participate in a program approved by the U.S. Probation Office for substance abuse, which program may include testing to determine whether the defendant has reverted to the use of drugs or alcohol. An assessment conducted by the undersigned probation officer concludes that substance abuse treatment is not needed at this time. The Texas Christian University Drug Screen II was completed and Mr. Faisao scored a zero (0) confirming there is no need for treatment at this time. Mr. Faisao will continue to be monitored through drug tests and will be referred for treatment if needed. It is respectfully recommended that the special condition requiring treatment be suspended.

|  |  |
|---|---|
| Reviewed by: | Respectfully submitted, |
| /s/ CARMEN D. O'MALLAN<br>U.S. Probation Officer Specialist<br>Supervision Unit Leader | by: /s/ GRACE D. FLORES<br>U.S. Probation Officer |
| Date: August 29, 2007 | Date: August 29, 2007 |

**THE COURT ORDERS**

*No Response is necessary unless the court directs that additional action be taken as follows:*

☐ Submit a Request for Modifying the Condition of Term of Supervision

☐ Submit a Request for Warrant or Summons

☐ Other    Condition suspended as recommended